IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., ) <br> ) <br> Defendant. ) | Case No. 3:16-cv-01011-TJC-JBT <br><br> **DEMAND FOR JURY TRIAL** |

## UNOPPOSED MOTION TO EXTEND EXPERT REPORT DEADLINES

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Crowley Maritime Corporation ("Crowley") respectfully seeks an amendment of the Court's November 2, 2016 Case Management and Scheduling Order to extend the deadlines for disclosure of Expert Reports, and in support of this request, states as follows:

1. Crowley filed this action on August 8, 2016.  On October 14, 2015, National Union filed its Motion to Dismiss [Doc # 15], which was converted to a Motion for Summary Judgment by this Court's Order dated December 21, 2016 [Doc # 28].

2. The Case Management and Scheduling Order entered by the Court on November 2, 2016 [Doc. #19] provides that Crowley's Disclosure of Expert Reports shall be made on January 27, 2017 and that National Union's Disclosure of Expert Reports shall be made on February 10, 2017,

3. The Parties have conferred regarding these Expert Report deadlines and have agreed that, in order to accommodate schedules and provide appropriate time to complete any

Expert Reports, the Case Management and Scheduling Order should be amended as follows:

| Disclosure of Expert Reports | Plaintiff: | **February 10, 2017** |
|---|---|---|
| | Defendant: | **February 24, 2017** |

4. The Parties agree that no other deadlines set in the Case Management and Scheduling Order shall be changed or amended. Counsel National Union has agreed to this requested extension of time.

5. No party will be prejudiced by the requested extension, nor will the extension unduly burden the Court.

WHEREFORE, Crowley respectfully requests that the Court grant this Motion and enter the attached Proposed Order.

Dated: January 23, 2017             Respectfully Submitted,

/s/ Emily E. Garrison

Charles B. Lembcke
Florida Bar No. 140285
Email: cbl@cbllaw.com
Law Offices of Charles B. Lembcke, P.A.
1300 Riverplace Blvd
Suite 605
Jacksonville, FL 32207
Telephone: (904) 355-5467
Facsimile: (904) 633-9328

*Admitted Pro Hac Vice:*
John D. Shugrue
Thomas A. Marrinson
Emily E. Garrison
REED SMITH LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
**COUNSEL FOR PLAINTIFF**

-3-

## **CERTIFICATE OF SERVICE**

   I hereby certify that this document and all attachments thereto filed through the ECF system will be sent electronically to registered participants and paper copies will be sent to those indicated as non-registered participants on January 23, 2017.

              /s/ Emily E. Garrison

              Attorney for Plaintiff