# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| CROWLEY MARITIME CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA., )<br>)<br>Defendant. ) | Case No. 3:16-cv-01011-TJC-JBT<br><br>**DEMAND FOR JURY TRIAL** |

## [Proposed] ORDER

For good cause shown, Crowley Maritime Corporation's Unopposed Motion to Extend Expert Report Deadlines is GRANTED. Pursuant to the motion, the new deadlines are as follows:

| Disclosure of Expert Reports | Plaintiff: | **February 10, 2017** |
|---|---|---|
| | Defendant: | **February 24, 2017** |

All other deadlines set in the Case Management and Scheduling Order [Doc. #19] shall remain unchanged.

Dated:_____                           _____
                                                                         United States District Judge