# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 18-10953

_____

District Court Docket No.
3:16-cv-01011-TJC-JBT

CROWLEY MARITIME CORPORATION,

                              Plaintiff - Appellant,

versus

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

                              Defendant - Appellee.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 23, 2019
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

ISSUED AS MANDATE 10/02/2019

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 02, 2019

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 18-10953-AA
Case Style: Crowley Maritime Corporation v. National Union Fire Insurance
District Court Docket No: 3:16-cv-01011-TJC-JBT

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate